# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Jose Luis Garcia

                V.                         **JUDGMENT IN A CIVIL CASE**

People of California;
Larry H. Smalls

                         **CASE NUMBER:**    08cv2360-MMA(BLM)

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation in its entirety. Accordingly, the Court denies Petitioner's first amended petition and a writ of habeas corpus shall not issue in this case.

| January 5, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ L Hammer |
| | (By) Deputy Clerk |
| | ENTERED ON January 5, 2010 |